**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STATION PASS LIMITED LIABILITY COMPANY and BLUE HERON VILLAGE, LLC, | : | Civil No. 1:25-CV-01785 |
| Plaintiffs, | : | |
| v. | : | |
| JESSICA SHIRLEY *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**<u>ORDER</u>**

**AND NOW**, on this 24th day of August, 2026, in accordance with the accompanying memorandum of law, Defendants' motion to dismiss, Doc. 11, is **GRANTED** in part and **DENIED** in part as follows:

1) Defendants' motion to dismiss Count I of Plaintiffs' complaint, Doc. 1, ¶¶ 67–73, is **GRANTED** in part and **DENIED** in part. Defendants' motion to dismiss Count I due to a lack of finality is **DENIED.** Defendants' motion to dismiss Plaintiff Blue Heron Village, LLC's takings claim is **GRANTED**. Blue Heron Village, LLC's takings claim against Defendants Jessica Shirley and the Pennsylvania Department of Environmental Protection is **DISMISSED WITHOUT PREJUDICE.**

2) Defendants' motion to dismiss Count II of Plaintiffs' complaint, Doc. 1, ¶¶ 74–77, is **GRANTED**. Count II of Plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**.

3) Defendants' motion to dismiss Count III of Plaintiffs' complaint, Doc. 1, ¶¶ 78–84, is **DENIED**.

4) Defendants' motion to dismiss Count IV of Plaintiffs' complaint, Doc. 1, ¶¶ 85–95, is **GRANTED**. Count IV is **DISMISSED WITHOUT PREJUDICE**.

5) Thus, the counts remaining in Plaintiffs' complaint are as follows: Plaintiff Station Pass Limited Liability Company's takings claim against Defendants Jessica Shirley and the Pennsylvania Department of Environmental Protection (Count I), and Plaintiffs' Fourteenth Amendment Procedural Due Process claim against Defendants Jessica Shirley and Kirk Kreider (Count III).

6) Plaintiffs may file an amended complaint consistent with this order within **twenty-one (21) days** of this order.

7) If Plaintiffs do not file an amended complaint by the above deadline, Defendants are directed to respond to the complaint, Doc. 1, in accordance with the Federal Rules of Civil Procedure.

8) A telephone status conference in this case is scheduled for **November 24, 2026, at 11:15 a.m.** The parties shall call in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#. The case management deadlines in this case shall remain stayed until that conference.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania